BLANK ROME LLP
Ana Tagvoryan (SBN 246536)
Ana.Tagvoryan@Blankrome.com
2029 Century Park East | 6th Floor
Los Angeles, CA 90067
Telephone: 424.239.3400
Facsimile: 424.239.3434

*Attorneys for Defendant*
LUXOTTICA OF AMERICA INC. d/b/a LENSCRAFTERS

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

BRANDON GRAY, individually and on behalf of all others similarly situated,

Plaintiff,

v.

LUXOTTICA OF AMERICA INC. D/B/A LENSCRAFTERS,

Defendant.

Case No. 8:24-cv-00160-MRA-DFM

[*Assigned to Hon. Mónica Ramírez Almadani*]

**DEFENDANT'S NOTICE OF MOTION AND MOTION TO DISMISS**

[*Filed concurrently with Memorandum of Points and Authorities; Declaration of Ana Tagvoryan; Request for Judicial Notice; and [Proposed] Order*]

Hearing:
Date: July 11, 2024
Time: 1:30 p.m.
Place: U.S. Courthouse
350 W. First Street
Courtroom 10B
Los Angeles, CA 90012

**PLEASE TAKE NOTICE** that on July 11, 2024 at 1:30 p.m. in Courtroom 10B, in the above captioned court, located at 350 W. First Street, Los Angeles, California 90012, before the Honorable Mónica Ramírez Almadani, Defendant LUXOTTICA OF AMERICA INC. d/b/a LENSCRAFTERS ("LensCrafters"), by and through its undersigned counsel, will, and hereby does, move ("Motion") to dismiss the Complaint ("Complaint") of Plaintiff BRANDON GRAY ("Plaintiff") pursuant to Federal Rule of Civil Procedure 12(b)(1) and 12(b)(6).

LensCrafters brings this Motion to Dismiss on several grounds. First, Plaintiff fails to plead an injury-in-fact sufficient to establish Article III standing because he does not allege that he suffered any concrete harm or injury in the Complaint. This warrants dismissal under Federal Rule of Civil Procedure 12(b)(1) for lack of subject matter jurisdiction. Second, Plaintiff also fails to state a claim upon which relief may be granted. Plaintiff's CMIA claim fails as a matter of law because Plaintiff fails to allege disclosure or viewing of substantive "medical information" as required by the CMIA. Plaintiff's CIPA claim fails as a matter of law because LensCrafters cannot "wiretap" its own website, and cannot "aid and abet" a third party service provider who is engaging in conduct that is legal under the CIPA. Plaintiff's invasion of privacy claim under the California Constitution also fails because Plaintiff has neither alleged a legally protective privacy interest. Accordingly, Plaintiff fails to state a claim upon which relief may be granted and dismissal with prejudice is warranted under Rule 12(b)(6).

The Motion is based on this Notice of Motion and Motion, the Memorandum of Points and Authorities, the Declaration of Ana Tagvoryan, all of the papers on file with this Court, and upon such oral argument and/or documentary matters as may be presented to this Court at or before the hearing on this Motion.

This Motion is made following the conference of counsel pursuant to L.R. 7-3, which took place on March 15, 2024. Tagvoryan Decl. ¶¶4-5.

DATED: March 25, 2024

BLANK ROME LLP

By: */s/ Ana Tagvoryan*
Ana Tagvoryan

Attorneys for Defendant
LUXOTTICA OF AMERICA INC. d/b/a LENSCRAFTERS