**BURSOR & FISHER, P.A.**
L. Timothy Fisher (State Bar No. 191626)
Brittany S. Scott (State Bar No. 327132)
1990 North California Blvd., 9th Floor
Walnut Creek, CA 94596
Telephone: (925) 300-4455
Facsimile: (925) 407-2700
E-mail: ltfisher@bursor.com
          bscott@bursor.com

*Attorneys for Plaintiff*

*[Additional Counsel Listed on Signature Page]*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRANDON GRAY, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>LUXOTTICA OF AMERICA INC. d/b/a LENSCRAFTERS,<br><br>Defendant. | Case No. 8:24-cv-00160-MRA-DFM<br><br>**[PROPOSED] ORDER GRANTING STIPULATED PROTECTIVE ORDER AND HIPAA QUALIFIED PROTECTIVE ORDER**<br><br>Judge: Hon. Mónica Ramírez Almadani |

# **[PROPOSED] ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.


Dated:_____          _____
                                      United States Magistrate Judge