BLANK ROME LLP
Ana Tagvoryan (SBN 246536)
ana.tagvoryan@blankrome.com
Harrison Brown (SBN 291503)
Harrison.brown@blankrome.com
Victor Sandoval (SBN 344461)
Victor.sandoval@blankrome.com
2029 Century Park East | 6th Floor
Los Angeles, CA 90067
Telephone: 424.239.3400
Facsimile: 424.239.3434

BLANK ROME LLP
Gabrielle N. Ganze (Admitted Pro Hac Vice)
444 West Lake Street, Suite 1650
Chicago, IL 60606
Telephone: 312.776.2575
Facsimile: 312.776.2601

*Attorneys for Defendant*
LUXOTTICA OF AMERICA INC. d/b/a
LENSCRAFTERS

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

BRANDON GRAY, individually and on behalf of all others similarly situated,

Plaintiff,

v.

LUXOTTICA OF AMERICA INC. D/B/A LENSCRAFTERS,

Defendant.

Case No. 8:24-cv-00160-MRA-DFM

[*Assigned to Hon. Mónica Ramírez Almadani*]

**DEFENDANT LUXOTTICA OF AMERICA INC. d/b/a LENSCRAFTERS' RESPONSE TO PLAINTIFF BRANDON GRAY'S MOTION TO DISMISS**

**TO ALL PARTIES AND TO THEIR RESPECTIVE ATTORNEY OF RECORD PLEASE TAKE NOTICE THAT:**

Defendant LUXOTTICA OF AMERICA INC. ("Luxottica") does not oppose plaintiff Brandon Gray's ("Plaintiff") Motion to Dismiss (the "Motion," ECF No. 60), except to the extent that it requests that each party bear its own costs. Because Fed. R. Civ. Proc. Rule 41(a)(2) allows the court to order dismissal "on terms that the court considers proper" and Luxottica respectfully requests that that part of the Proposed Order be stricken so that Defendant can reserve its rights as to its costs.

Accordingly, Luxottica respectfully requests that the Court grant dismissal of the Complaint with prejudice as to Plaintiff's individual claims, but without reference to costs.

DATED: September 22, 2025 BLANK ROME LLP

By: */s/ Ana Tagvoryan*
Ana Tagvoryan
Harrison Brown
Victor Sandoval
Gabrielle N. Ganze (*admitted Pro Hac Vice*)
Attorneys for Defendant
LUXOTTICA OF AMERICA INC. d/b/a LENSCRAFTERS