**BURSOR & FISHER, P.A.**
Philip L. Fraietta (State Bar No. 354768)
50 Main Street, Suite 475
White Plains, NY 10606
Telephone: 914-874-0710
Facsimile :914-206-3656
pfraietta@bursor.com

**BURSOR & FISHER, P.A.**
L. Timothy Fisher (State Bar No. 191626)
Joshua R. Wilner (State Bar No. 353949)
1990 North California Blvd., 9th Floor
Walnut Creek, CA 94596
Telephone: (925) 300-4455
Facsimile: (925) 407-2700
E-mail: ltfisher@bursor.com
jwilner@bursor.com

*Attorneys for Plaintiff*

[*Additional Counsel on Signature Page*]

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

BRANDON GRAY, individually and on behalf of all others similarly situated,

Plaintiff,

v.

LUXOTTICA OF AMERICA INC. d/b/a LENSCRAFTERS,

Defendant.

Case No. 8:24-cv-00160-MRA-DFM

**PLAINTIFF'S REPLY IN SUPPORT OF MOTION TO DISMISS**

Hon. Monica Ramirez Almadani

Plaintiff Brandon Gray ("Plaintiff") filed a Motion to Dismiss pursuant to 28 U.S.C. § 1332(a) and Fed. R. Civ. Pro. 41(a)(2) on September 15, 2025, informing the Court that there is no longer subject matter jurisdiction for this case and, even if there was, that Plaintiff wishes to dismiss his claims. ECF No. 60. Plaintiff requested that the Court dismiss this action without prejudice. *Id*. On September 22, 2025, Defendant filed a notice of non-opposition but, confusingly, requested therein that the Court not grant Plaintiff's request to dismiss without prejudice, and instead asked that the Court grant dismissal without an order that each party should bear its own costs. ECF No. 61. This was improper for several reasons.

First, "In general, dismissal for lack of subject matter jurisdiction is without prejudice." *Missouri ex rel. Koster v. Harris*, 847 F.3d 646, 656 (9th Cir. 2017). "The theory undergirding the general rule is that 'the merits have not been considered' before dismissal... In theory, Plaintiffs could allege post-effective-date facts that might support standing." *City of Oakland v. Hotels.com LP*, 572 F.3d 958, 962 (9th Cir. 2009) (affirming dismissal but remanding to dismiss without prejudice); *Kelly*, 377 F.3d at 1040 (affirming with instructions to enter order of dismissal without prejudice)." *Id*. (quoting *Cooper v. Ramos*, 704 F.3d 772, 777 (9th Cir. 2012)).

Second, "Under Ninth Circuit precedent, a court that has dismissed a case for lack of subject matter jurisdiction generally has no jurisdiction to award attorneys' fees" or other costs. *Russell City Energy Co., LLC v. City of Hayward*, 2015 WL 983858, at *2 (N.D. Cal. Feb. 17, 2015), *report and recommendation adopted*, No. C 14-03102 JSW, 2015 WL 994533 (N.D. Cal. Mar. 4, 2015) (collecting cases); *Latch v. United States,* 842 F.2d 1031, 1033 (9th Cir.1988) (same for fees and costs).

Third, even if the Court finds it has subject matter jurisdiction and considers Plaintiff's Rule 41(a)(2) arguments, Defendant filed a notice of non-opposition and cited no authority for its contention that it should be entitled to seek fees or costs as a condition of dismissal. *See United States v. Hunter*, 739 F. 3d 492, 495 (10th Cir.

2013) (cursory argument not meaningfully developed by any analysis or citation is deemed waived.); *Badie v. Bank of America* 67 Cal. App. 4th 779, 784-785 (1998). Plaintiff supported his arguments as to why no legal prejudice would result from dismissal with analysis and citations. ECF No. 60. If Defendant wished to oppose, it could have done so.

As such, Plaintiff's motion should be granted and this matter should be dismissed without prejudice, with each party bearing its own costs.

Dated: September 29, 2025

**BURSOR & FISHER, P.A.**

By: <u>/s/ *Philip L. Fraietta*</u>

Philip L. Fraietta (State Bar No. 354768)
50 Main Street, Suite 475
White Plains, NY 10606
Telephone: 914-874-0710
Facsimile :914-206-3656
pfraietta@bursor.com

**BURSOR & FISHER, P.A.**
L. Timothy Fisher (State Bar No. 191626)
Joshua R. Wilner (State Bar No. 353949)
1990 North California Blvd., 9th Floor
Walnut Creek, CA 94596
Telephone: (925) 300-4455
Facsimile: (925) 407-2700
E-mail: ltfisher@bursor.com
jwilner@bursor.com

**DRURY LEGAL, LLC**
Scott R. Drury (State Bar No. 355002)
6 Carriage Lane
Highwood, IL 60040
Telephone: (312) 358-8225
E-mail: scott@drurylegal.com

*Attorneys for Plaintiff*